IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-668-GCM

CAROLINA RESTAURANT GROUP, INC., )
        Plaintiff, )
   v. )    ORDER
PEPSICO SALES, INC., )
        Defendant. )

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **KATHLEEN E. ROBLEZ,** filed January 12, 2015 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Roblez is admitted to appear before this court *pro hac vice* on behalf of defendant, Pepsico Sales, Inc..

**IT IS SO ORDERED.**

Signed: January 14, 2015

Graham C. Mullen
United States District Judge