IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:14-CV-668

CAROLINA RESTAURANT GROUP, INC.,

    Plaintiff,

v.

PEPSICO SALES, INC.,

    Defendant.

**ORDER GRANTING PEPSICO SALES, INC.'S MOTION FOR LEAVE TO FILE EXHIBITS TO ITS ANSWER UNDER SEAL**

FILED
CHARLOTTE, NC
JAN 14 2015
US District Court
Western District of NC

**THIS CAUSE** came before the Court on the Motion of Defendant PepsiCo Sales, Inc., pursuant to Local Rule 6.1 of the United States District Court for the Western District of North Carolina, for an Order allowing Defendant to file the Exhibits to its Answer to Plaintiff's Complaint under seal; and it appearing to the Court that sealing the Exhibits is necessary and there are no alternatives to filing under seal and, therefore the Motion should be granted;

**IT IS, THEREFORE, ORDERED** that Defendant PepsiCo Sales, Inc.'s Motion for Leave to File Exhibits to its Answer Under Seal is GRANTED.

**SO ORDERED.** 14 January, 2015.

_____
United States District/Magistrate Judge