# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case Number: 3:14-CV-668

| | |
|---|---|
| CAROLINA RESTAURANT GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO SALES, INC.,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** The trial in this matter is hereby RE-SET to **November 7, 2016,** at 10:00 a.m. in Courtroom 2-2.

**SO ORDERED.**

Signed: June 13, 2016

Graham C. Mullen
United States District Judge